7

AO 240A (1/94)

United States District Court
Southern District of Texas
ENTERED

JUL 07 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

# United States District Court

Southern DISTRICT OF Texas

United States District Court
Southern District of Texas
FILED

JUL 06 1998

Michael N. Milby, Clerk of Court

JAVIER YBARRA

Plaintiff

V.

Defendant

OFFICER MORENO, ET AL

## ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES

CASE NUMBER: B-98-018

Having considered the application to proceed without prepayment of fees under 28 U.S.C. §1915;

IT IS ORDERED that the application is:

☑ GRANTED.

☑ The clerk is directed to file the complaint.

☑ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

_____

_____

ENTER this __6TH__ day of __JULY__, 19 __99__.

_____
Signature of Judicial Officer

_____
Name and Title of Judicial Officer