IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | |
|---|---|
| JAVIER YBARRA § | |
| § | |
| VS. § | CIVIL ACTION NO. B-98-018 |
| § | |
| SAN BENITO POLICE DEPARTMENT, ET AL § | |

## ORDER

Plaintiff, Javier Ybarra, Jr. filed a complaint under 42 U.S.C. § 1983 on February 9, 1998. The Court issued an order on April 6, 1998 allowing petitioner to proceed in forma pauperis under 28 U.S.C. § 1015(a). An initial partial filing fee of $10.00 was assessed by the Court under 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments of 20% of the preceding month's income credited to plaintiff's prison trust account. These payments will be forwarded by the appropriate agency to the U. S. District Clerk, P.O. Box 2299, Brownsville, Texas 78523 each time the amount in plaintiff's trust account exceeds $10.00 until the filing fee is paid in full pursuant to 28 U.S.C. § 1915(b)(2).

Plaintiff's motion for appointment of counsel filed on May 4, 1998, is hereby granted. Attorney Rick Zayas has agreed to represent Mr. Ybarra in this case pursuant to 28 U.S.C. 1915(e)(1). Mr. Zayas will be reimbursed for expenses incurred.

DONE at Brownsville, Texas this the 7th day of August 1998.

John Wm. Black
U.S. Magistrate Judge