IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JAVIER YBARRA | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. B-98-018 |
| SAN BENITO POLICE DEPARTMENT, | § | JURY |
| OFFICER MORENO, CHIEF OF SAN | § | |
| BENITO POLICE, and CITY COUNSEL OF | § | |
| SAN BENITO, TEXAS | § | |

United States District Court
Southern District of Texas
ENTERED

OCT 2 1 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

**ORDER GRANTING LEAVE TO FILE
PLAINTIFF'S FIRST AMENDED COMPLAINT**

On this 20 day of October 1998, came on to be heard Plaintiff's Motion for Leave To File Plaintiff's First Amended Complaint. After reading the pleadings on file this Court is of the opinion that said motion shall be granted. It is therefore ORDERED, ADJUDGED AND DECREED that Plaintiff is granted leave to file Plaintiff's First Amended Complaint.

_____
UNITED STATES MAGISTRATE