21

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 2 1 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JAVIER YBARRA | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. B-98-018 |
| SAN BENITO POLICE DEPARTMENT, | § | JURY |
| OFFICER MORENO, CHIEF OF SAN | § | |
| BENITO POLICE, and CITY COUNSEL OF | § | |
| SAN BENITO, TEXAS | § | |

### ORDER GRANTING TRIAL BY JURY

On this 20 day of October 1998, came on to be heard Plaintiff's Motion To Request Trial By Jury. After reading the pleadings on file this Court is of the opinion that said motion shall be granted. It is therefore ORDERED, ADJUDGED AND DECREED that this case shall be put on the trial docket and Defendant shall be granted a jury trial.

_____
UNITED STATES MAGISTRATE