22

# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
UNITED STATES COURTHOUSE
P. O. DRAWER 31
500 E. 10TH ST., SUITE 234
BROWNSVILLE, TEXAS 78522

United States District Court
Southern District of Texas
ENTERED

OCT 2 1 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

CHAMBERS OF
JOHN WM. BLACK
MAGISTRATE JUDGE

PHONE (956) 548-2570

October 20, 1998

Mr. Richard Zayas
3100 E. 14th Street
Brownsville, TX 78521

Mr. Javier Ybarra
#775707
Estelle Unit
Texas Department of Corrections
Huntsville, TX 77340

Mr. Jeffrey D. Roerig
ROERIG, OLIVEIRA & FISHER, L.L.P.
855 W. Price Road, Suite 9
Brownsville, TX 78520

>           Re:    C.A. No. B-98-018
>                  Javier Ybarra vs.
>                  San Benito Police Department, et al.

Counselors:

Please take notice that this case has been assigned by U. S. District Judge Filemon B. Vela to the undersigned U. S. Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and General Order No. 80-5 of the United States District Court for the Southern District of Texas.

Counsels' attention is directed to the provision of 28 U.S.C. § 636(c)(1) which provide that the undersigned may, with the consent of all parties, conduct all further proceedings including trial and judgment. A form on which counsel can indicate consent is enclosed.

If **ALL** parties consent please sign the consent form and return it to the clerk's office.  DO NOT RETURN THIS FORM UNLESS IT HAS BEEN SIGNED BY ALL PARTIES.

YOU ARE FREE TO WITHHOLD CONSENT WITHOUT ADVERSE SUBSTANTIVE CONSEQUENCES.

An initial pretrial conference is set for **November 20, 1998 at 1:30 P.M.** before the Honorable John Wm. Black in Brownsville, Texas (conference may be held telephonically if requested and all parties are in agreement and Court is notified in advance) at which time dates will be set for:

1.  Discovery deadline;

2.  Conduct of the case including additional pretrial conferences, and hearings on motions;

3.  Filing a Joint Pretrial Order which conforms to the requirements of Appendix B Local Rules for the United States District Court for the Southern District of Texas;

4.  A final pretrial and settlement conference; and

5.  A trial on the merits.

THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADINGS.  FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED WILL RESULT IN DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION.

WHEN PREPARING AND FILING MOTIONS, Counsel shall comply fully with Rule 6 of the Local Rules of the United States District Court for the Southern District of Texas.  In particular, the District Clerk has been advised that no opposed motion will be filed unless it:

"contain[s] an averment that [t]he movant has conferred with the respondent and that counsel cannot agree about the disposition of the motion." Rule 6(A) (4) (b).

Very truly yours,

John Wm. Black
United States Magistrate Judge