28

United States District Court
Southern District of Texas
ENTERED

JAN 1 5 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

JAVIER YBARRA                              §
                                           §
VS.                                        §
                                           §        CIVIL ACTION NO. B-98-018
SAN BENITO POLICE DEPARTMENT,              §        JURY
OFFICER MORENO, CHIEF OF SAN               §
BENITO POLICE, and CITY COUNSEL OF         §
SAN BENITO, TEXAS                          §

## ORDER GRANTING LEAVE TO FILE
## PLAINTIFF'S SECOND AMENDED COMPLAINT

On this 14th day of JANUARY, 1999 came on to be heard Plaintiff's Motion

To Amend Civil Complaint. After reading the pleadings on file this Court is of the opinion that said

motion shall be granted. It is therefore ORDERED, ADJUDGED AND DECREED that Plaintiff is

granted leave to file Plaintiff's Second Amended Complaint.

_____
UNITED STATES MAGISTRATE