```
                                                       United States District Court
                                                       Southern District of Texas
         IN THE UNITED STATES DISTRICT COURT                   ENTERED
         FOR THE SOUTHERN DISTRICT OF TEXAS                April
               BROWNSVILLE DIVISION                              0 1 1999

                                                       Michael N. Milby, Clerk of Court
                                                       By Deputy Clerk
```

| | |
|---|---|
| JAVIER YBARRA | § |
| | § |
| VS. | § |
| | § CIVIL ACTION NO. B-98-018 |
| SAN BENITO POLICE DEPARTMENT, | § JURY |
| OFFICER MORENO, CHIEF OF SAN | § |
| BENITO POLICE, and CITY COUNSEL OF | § |
| SAN BENITO, TEXAS | § |

### ORDER GRANTING EXTENSION TO FILE RESPONSE
### TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

On this ____ day of March 1999, came on to be heard Plaintiff's Motion For An Extension To Respond To Defendants' Motion For Summary Judgment. After reading the pleadings on file this Court is of the opinion that said motion shall be granted. It is therefore ORDERED, ADJUDGED AND DECREED that Plaintiff shall respond to Defendants' Motion For Summary Judgment on or before April 16, 1999.

Signed on this 31st day of March, 1999.

_____
MAGISTRATE PRESIDING