38

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### - BROWNSVILLE DIVISION -

United States District Court
Southern District of Texas
ENTERED

FEB 11 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JAVIER YBARRA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-018 |
| | § | |
| SAN BENITO POLICE DEPARTMENT, | § | |
| OFFICER MORENO, CHIEF OF SAN | § | |
| BENITO POLICE, AND CITY COUNSEL | § | |
| OF SAN BENITO, TEXAS | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of January 20, 2000 should be **ADOPTED** and that Defendant City of San Benito's Motion be **GRANTED** and that Defendant Officer Moreno's Claim of Qualified Immunity be **DENIED**.

DONE in Brownsville, Texas, on this _____9th_____ day of _____February_____, 2000.

Filemon B. Vela
United States District Judge