40

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# - BROWNSVILLE DIVISION -

United States District Court
Southern District of Texas
ENTERED

MAY 0 3 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JAVIER YBARRA | § | |
|    Plaintiff, | § | |
| TDCJ #775707 | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-018 |
| | § | |
| OFFICER MORENO, ET AL. | § | |
|    Defendants. | § | |

## ORDER

Pending before the court is Defendant's Motion to Remove Court Appointed Attorney Richard Zayaz.

This file was closed on February 9, 2000.

The Motion is **DENIED**.

DONE at Brownsville, Texas, this 2nd day of May, 2000.

_____
John Wm. Black
United States Magistrate Judge